UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO: 21-60251-CR-BLOOM**

UNITED STATES OF AMERICA,

vs.

TACCULAR A. MATTHEWS,
    Defendant.
_____/

**NOTICE OF PERMANENT ATTORNEY APPEARANCE**

    COMES NOW, Sidney Z. Fleischman, Esq., and files this appearance counsel of record for the above named defendant for trial purposes only. Counsel agrees to represent the defendant for all proceedings arising out of the transaction with which the defendant is presently charged in the United States District Court in and for the Southern District of Florida.

    Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission of Practice of Attorneys.

    Counsel acknowledges responsibility to advise the defendant of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant, and to pursue that appeal unless relieved by Court Order. Fee disputes between counsel and client shall not be the basis for withdrawal from this representation.

                                            /s/ *Sidney Z. Fleischman*
                                              Sidney Z. Fleischman, Esq.
                                              Fleischman & Fleischman, P.A.
                                              800 E. Broward Blvd., #402
                                              Ft. Lauderdale, FL 33301
                                              Phone  954-523-7223
                                              Fax     954-523-4840
                                              Fla. Bar No.: 0762962
                                              Email: sf@ffjustice.com

## **Certificate of Service**

I hereby certify that on the 7th day of September, 2021, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on U.S. Attorney's Office, Miami, FL.

/s/*Sidney Z. Fleischman*
Sidney Z. Fleischman, Esq.