UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60251-CR-BLOOM/VALLE

UNITED STATES OF AMERICA,

v.

TACCULAR ANDY MATTHEWS,

    Defendant.
_____/

**<u>DEFENDANT'S UNOPPOSED MOTION FOR RECOMMENDATION
TO SUBSTANCE ABUSE PROGRAM (SAP)</u>**

    COMES NOW the defendant, TACCULAR A. MATTHEWS, by and through his undersigned counsel and files his motion seeking the Court's recommendation for entry into the Broward County Jail System's Substance Abuse Program (SAP) and as grounds therefor states as follows:

    1.    The defendant is charged by Indictment [DE 6] in Counts 1-3 with Distributing a Controlled Substance (detectable amount of fentanyl and heroin), in Count 4 with Possession with Intent to Distribute a Controlled Substance (detectable amount of fentanyl and heroin), and in Count 5 with Possessing Firearm in Furtherance of a Drug Trafficking Crime.

    2.    The defendant is being detained at the Joseph V. Conte Facility in Broward County.

    3.    The Broward County Jail System's In-Custody Behavioral Services Unit provides psychoeducational services to inmates. SAP is a thirty-day substance abuse education program focusing on understanding cravings and triggers, relapse prevention, and factors regarding

addiction and recovery. At the moment, the program has a two to three week waiting list. Priority admission is given to court orders.

    4.    That undersigned counsel has discussed defendant's request with Assistant United States Attorney Ajay Alexander who advised that he has no objection to the defendant's motion.

WHEREFORE, the defendant, TACCULAR ANDY MATTHEWS, respectfully requests this Honorable Court to enter a court order recommending the defendant's entry into the Substance Abuse Program (SAP) upon the grounds set forth herein.

DATED: November 4, 2021    Respectfully submitted,

/s/Sidney Z. Fleischman
Sidney Z. Fleischman (Florida Bar. No. 762962)
E-mail: sf@ffjustice.com
FLEISCHMAN & FLEISCHMAN, P.A.
800 E Broward Blvd., Suite 402
Fort Lauderdale, FL 33301
Telephone (954)523-7223
Facsimile (954)523-4840
*Attorneys for Defendant Taccular Andy Matthews*